

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00170-CV

| | | |
|---|---|---|
| MANOJ KATUWAL AND BHES R. GHIMIRE, Appellants | § | On Appeal from the 153rd District Court |
| | § | of Tarrant County (153-327447-21) |
| V. | § | October 5, 2023 |
| BISHARJANA KAFLE, Appellee | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
      Justice Brian Walker